Adversary Proceeding No. 18–05038–amk :

# CERTIFICATE OF SERVICE

I, **Daniel A. DeMarco**
of** **200 Public Square, Suite 2800, Cleveland, OH 44114**
certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on the **2nd** day of **July** , 20**18** , I served a copy of the within summons and notice of pretrial conference, together with the complaint filed in this proceeding, on **Blue & Co., LLC**

the defendant(s) in this proceeding, by [describe here the mode of service]
**certified mail, return receipt requested**

the said defendant(s) at     and     on July 3, 2018 upon:

**Blue & Co., LLC**
**c/o Bradley A. Shaw**
**Managing Director and Registered Agent**
**8800 Lyra Dr., Ste. 325**
**Columbus, OH 42340**

**Tyson A. Crist, Esq.**
**Ice Miller LLP**
**Arena District**
**250 West Street, Suite 700**
**Columbus, OH 43215-7509**

certify under penalty of perjury that the foregoing is true and correct.

Executed on   **7/18/2018**                              **/s/ Daniel A. DeMarco**
                        [Date]                                                      [Signature]

**Daniel A. DeMarco, Esq., Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, OH 44114**

** State mailing address

10298453.1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

**In re:**

Debtor(s):
**CH Liquidation Association**

Plaintiff(s):
**Joseph Oriti, Liquidation Trustee**

–vs–

Defendant(s):
**Blue & Co., LLC**

Judge: **ALAN M. KOSCHIK**

Bankruptcy Case: **16−51552−amk**

Adv.Proc.No: **18−05038−amk**

## SUMMONS AND NOTICE OF PRE−TRIAL CONFERENCE

To the above−named defendant(s):

You are summoned and required to serve upon **Daniel A. DeMarco**, plaintiff's attorney, whose address is **200 Public Sq Suite 2800 Cleveland, OH 44114−2301**, either a motion or an answer to the attached complaint that is now served upon you. If you elect to respond first by motion, Bankruptcy Rule 7012 governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney by **August 1, 2018**, except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of summons.

*[If this summons and complaint are served in a foreign country]* Service of your answer must be made by the following date prescribed by the court:

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

YOU ARE HEREBY NOTIFIED THAT A PRE−TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET AT THE FOLLOWING TIME AND PLACE: **August 9, 2018** at **02:00 PM** , US Bankruptcy Court, 2 S. Main St, 260 John F. Seiberling Federal Building, Akron, OH 44308−1810

**Teresa D. Underwood**
*Clerk of Bankruptcy Court*

By: **/s/ Mary Knotts,**
*Deputy Clerk, US Bankruptcy Court*



Date of issuance: July 2, 2018

**Date:** July 2, 2018 Form ohnb310

18-05038-amk    Doc 2    FILED 07/02/18    ENTERED 07/02/18 09:52:40    Page 2 of 2