# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>CH LIQUIDATION ASSOCIATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-51552-AMK |
| JOSEPH ORITI, Liquidation Trustee,<br><br>Plaintiff,<br><br>v.<br><br>BLUE & CO., LLC,<br><br>Defendant. | Adv. Pro. No. 18-05038-AMK<br><br>Judge Alan M. Koschik |

## SECOND STIPULATION EXTENDING TIME OF DEFENDANT BLUE & CO., LLC TO RESPOND TO COMPLAINT UNDER RULE 7012

Plaintiff, Joseph Oriti, in his capacity as Liquidation Trustee (the "Plaintiff") of the estate of Coshocton County Memorial Hospital Association n/k/a CH Liquidation Association (the "Debtor") and its liquidation trust, and Defendant, Blue & Co., LLC ("Blue"), through their respective counsel, hereby stipulate and agree that the time within which Blue may answer, move or otherwise plead, pursuant to Rule 7012, Fed. R. Bankr. P., in response to the Complaint (Dkt. 1) filed in and initiating the above-captioned adversary, is hereby further extended from August 31, 2018 until and including Monday, September 10, 2018. The parties previously filed a Stipulation (Dkt. 6) on July 31, 2018, to extend the original deadline from August 1, 2018 until and including August 31, 2018.

CO\5918166.1

Dated: August 30, 2018

Stipulated and Agreed by:

/s/ *[signature]*
Daniel A. DeMarco (0038920)
Rocco I. Debitetto (0073878)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
Phone: 216-621-0150
Fax: 216-241-2824
dademarco@hahnlaw.com
ridebitetto@hahnlaw.com

-and-

Valerie A. Hamilton, Esq.
Rachel E. Brennan, Esq.
Sills Cummis & Gross P.C.
600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646
vhamilton@sillscummis.com
rbrennan@sillscummis.com

*Counsel for Joseph Oriti, Liquidation Trustee and Debtor Representative*

/s/ Tyson A. Crist
Tyson A. Crist (0071276)
John C. Cannizzaro (0085161)
ICE MILLER LLP
250 West Street
Columbus, OH 43215
Phone: 614-462-2700
Fax: 614-462-5135
Tyson.Crist@icemiller.com
John.Cannizzaro@icemiller.com
*Counsel for Defendant Blue & Co., LLC*

## CERTIFICATE OF SERVICE

I certify that on August 30, 2018, a true and correct copy of the foregoing *Second Stipulation Extending Time of Defendant Blue & Co., LLC to Respond to Complaint Under Rule 7012* was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Daniel A. DeMarco    dademarco@hahnlaw.com, cmbeitel@hahnlaw.com

- United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Valerie A. Hamilton, Esq.
Rachel E. Brennan, Esq.
Sills Cummis & Gross P.C.
600 College Road East
Princeton, NJ 08540

/s/ Tyson A. Crist
Tyson A. Crist (0071276)
John C. Cannizzaro (0085161)
ICE MILLER LLP
250 West Street
Columbus, OH 43215
Phone: 614-462-2700
Fax: 614-462-5135
Tyson.Crist@icemiller.com
John.Cannizzaro@icemiller.com
*Counsel for Defendant Blue & Co., LLC*