This document was signed electronically on September 11, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated:  September 11, 2018



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CH LIQUIDATION ASSOCIATION, | Case No.: 16-51552 – AMK |
| Debtor. | Judge Alan M. Koschik |
| JOSEPH ORITI, Liquidation Trustee, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 18-5038 |
| Blue & Co., LLC, | |
| Defendant. | |

**ORDER GRANTING AGREED MOTION
TO ADJOURN SEPTEMBER 18, 2018 PRETRIAL CONFERENCE AND THIRD
STIPULATION EXTENDING TIME OF DEFENDANT BLUE & CO., LLC TO
RESPOND TO COMPLAINT UNDER RULE 7012 (Related to Doc. No. 8)**

10427970.1

This matter came before this Court on the agreed motion (the "<u>Motion</u>") of Plaintiff, Joseph Oriti, in his capacity as Liquidation Trustee and Estate Representative (the "<u>Trustee</u>") for the estate of Coshocton County Memorial Hospital Association n/k/a CH Liquidation Association, and Defendant, Blue & Co., LLC ("<u>Blue & Co.</u>"), to adjourn the initial pretrial conference in the above-referenced adversary proceeding set for September 18, 2018, at 10:00 A.M., for not less than 30 days, and to further continue and hold the September 10, 2018 deadline under the *Second Stipulation Extending Time of Defendant Blue & Co., LLC to Respond to Complaint Under Rule 7012* [Docket No. 7] in abeyance. The Court finding that the Motion is agreed upon by the Parties; that service and notice of the Motion was sufficient and no other or further notice is necessary; and that the Motion establishes just cause for the relief requested therein.

IT IS HEREBY ORDERED THAT:

1. The initial pretrial conference in the above-referenced adversary proceeding set for September 18, 2018, at 10:00 A.M., shall be, and is hereby, adjourned to **October 24, 2018, at 1:30 P.M.**, U.S. Bankruptcy Court, 2 S. Main St., 260 John F. Seiberling Federal Building, Akron, OH 44308−1810.

2. The September 10, 2018 Rule 7012 Deadline[1] under the *Second Stipulation Extending Time of Defendant Blue & Co., LLC to Respond to Complaint Under Rule 7012* [Docket No. 7], shall be, and is hereby, held in abeyance until and including October 12, 2018, which shall be the extended deadline for Blue & Co. to answer, move or otherwise plead, pursuant to Rule 7012, Fed. R. Bankr. P., in response to the Complaint in the event a settlement is not consummated by then.

---

[1] As defined in the Motion, which definition is incorporated herein by reference.

3. All deadlines set in the Initial Pretrial Order based upon the date of the initial pretrial conference are adjourned accordingly.

# # #

...

10427970.1

Prepared by:

/s/ *Daniel A. DeMarco*
    Daniel A. DeMarco (0038920)
    Rocco I. Debitetto (0073878)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
Email: dademarco@hahnlaw.com
ridebitetto@hahnlaw.com

-and-

Andrew H. Sherman
Rachel E. Brennan
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: 973-643-7000
Facsimile: 973-643-6500
Email: asherman@sillscummis.com
rbrennan@sillscummis.com

*Counsel for Joseph Oriti, Liquidation Trustee*
*and Debtor Representative*

Copies to:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Daniel A. DeMarco    dademarco@hahnlaw.com, cmbeitel@hahnlaw.com
- Tyson A. Crist on behalf of Defendant Blue & Co., LLC    Tyson.Crist@icemiller.com, Sandy.Heaberlin@icemiller.com
- United States Trustee    (Registered address)@usdoj.gov

And by U.S. Mail to:

Tyson A. Crist, Esq.
John C. Cannizzaro, Esq.
ICE MILLER LLP
250 West Street
Columbus, OH 43215
*Counsel for Defendant Blue & Co., LLC*

4

10427970.1

18-05038-amk    Doc 9    FILED 09/11/18    ENTERED 09/11/18 14:45:15    Page 4 of 4