Joseph Oriti, Liquidation Trustee,
     Plaintiff

Adv. Proc. No. 18-05038-amk

Blue & Co., LLC,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 0647-5     User: bhemi     Page 1 of 1     Date Rcvd: Sep 11, 2018
                   Form ID: pdf723     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
dft       +Blue & Co., LLC,   c/o Bradley A. Shaw,   8800 Lyra Drive Suite 325,   Columbus, OH 43240-2114
pla       +Joseph Oriti, Liquidation Trustee,   c/o SOLIC Capital Advisors, LLC,
             1603 Orrington Avenue Suite 1600,   Evanston, IL 60201-5064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
        Daniel A. DeMarco   on behalf of Plaintiff   Joseph Oriti, Liquidation Trustee
        dademarco@hahnlaw.com,  cmbeitel@hahnlaw.com
        Tyson A. Crist   on behalf of Defendant   Blue & Co., LLC Tyson.Crist@icemiller.com,
        Sandy.Heaberlin@icemiller.com
                                TOTAL: 2

This document was signed electronically on September 11, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: September 11, 2018



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CH LIQUIDATION ASSOCIATION, | Case No.: 16-51552 – AMK |
| Debtor. | Judge Alan M. Koschik |
| JOSEPH ORITI, Liquidation Trustee, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 18-5038 |
| Blue & Co., LLC, | |
| Defendant. | |

### ORDER GRANTING AGREED MOTION
### TO ADJOURN SEPTEMBER 18, 2018 PRETRIAL CONFERENCE AND THIRD
### STIPULATION EXTENDING TIME OF DEFENDANT BLUE & CO., LLC TO
### RESPOND TO COMPLAINT UNDER RULE 7012 (Related to Doc. No. 8)

10427970.1

This matter came before this Court on the agreed motion (the "Motion") of Plaintiff, Joseph Oriti, in his capacity as Liquidation Trustee and Estate Representative (the "Trustee") for the estate of Coshocton County Memorial Hospital Association n/k/a CH Liquidation Association, and Defendant, Blue & Co., LLC ("Blue & Co."), to adjourn the initial pretrial conference in the above-referenced adversary proceeding set for September 18, 2018, at 10:00 A.M., for not less than 30 days, and to further continue and hold the September 10, 2018 deadline under the *Second Stipulation Extending Time of Defendant Blue & Co., LLC to Respond to Complaint Under Rule 7012* [Docket No. 7] in abeyance. The Court finding that the Motion is agreed upon by the Parties; that service and notice of the Motion was sufficient and no other or further notice is necessary; and that the Motion establishes just cause for the relief requested therein.

IT IS HEREBY ORDERED THAT:

1.    The initial pretrial conference in the above-referenced adversary proceeding set for September 18, 2018, at 10:00 A.M., shall be, and is hereby, adjourned to **October 24, 2018, at 1:30 P.M.**, U.S. Bankruptcy Court, 2 S. Main St., 260 John F. Seiberling Federal Building, Akron, OH 44308−1810.

2.    The September 10, 2018 Rule 7012 Deadline[1] under the *Second Stipulation Extending Time of Defendant Blue & Co., LLC to Respond to Complaint Under Rule 7012* [Docket No. 7], shall be, and is hereby, held in abeyance until and including October 12, 2018, which shall be the extended deadline for Blue & Co. to answer, move or otherwise plead, pursuant to Rule 7012, Fed. R. Bankr. P., in response to the Complaint in the event a settlement is not consummated by then.

---

[1] As defined in the Motion, which definition is incorporated herein by reference.

10427970.1

3. All deadlines set in the Initial Pretrial Order based upon the date of the initial pretrial conference are adjourned accordingly.

# # #

10427970.1

Prepared by:

/s/ *Daniel A. DeMarco*
    Daniel A. DeMarco (0038920)
    Rocco I. Debitetto (0073878)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
Email: dademarco@hahnlaw.com
ridebitetto@hahnlaw.com

-and-

Andrew H. Sherman
Rachel E. Brennan
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: 973-643-7000
Facsimile: 973-643-6500
Email: asherman@sillscummis.com
rbrennan@sillscummis.com

*Counsel for Joseph Oriti, Liquidation Trustee*
*and Debtor Representative*

Copies to:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Daniel A. DeMarco    dademarco@hahnlaw.com, cmbeitel@hahnlaw.com
- Tyson A. Crist on behalf of Defendant Blue & Co., LLC    Tyson.Crist@icemiller.com, Sandy.Heaberlin@icemiller.com
- United States Trustee    (Registered address)@usdoj.gov

And by U.S. Mail to:

Tyson A. Crist, Esq.
John C. Cannizzaro, Esq.
ICE MILLER LLP
250 West Street
Columbus, OH 43215
*Counsel for Defendant Blue & Co., LLC*

4

10427970.1